Original copy - 6

## Official Use Only

| Case Number | Judge |
|---|---|
| | |

Case: 2:15-cv-13622
Judge: Borman, Paul D.
MJ: Hluchaniuk, Michael J.
Filed: 10-08-2015 At 09:52 AM
PRIS JEFFREY LEBLANC V. JUDICIAL TENURE
COMMISSION (LH)

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| Name | JEFFREY R LEBlanc | Prisoner No. | 333019 |
|---|---|---|---|

| Place of Confinement | DEERField Regional Facility |
|---|---|

| Street | City | State | Zip Code |
|---|---|---|---|
| 10274 Boyer rd | CARSON city | MI | 48811 |

Are there additional plaintiffs?  ☐ Yes   ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide names, prisoner numbers and addresses for all plaintiffs.**

### Defendant's Information

| Name | Judicial Tenure Commission | Position | Judicial Com. |
|---|---|---|---|

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 3034 W Grand blvd Ste 8-450 | Detroit | MI | 48202 |

Are you suing this defendant in his/her:  ☒ Personal Capacity   ☐ Official Capacity   ☐ Both Capacities

Are you suing more than one defendant?  ☐ Yes   ☒ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.**

1

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☒ Yes  ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | 15-5554 |
| Name of Court: | United States Supreme Court |
| Parties (Caption or Name of Case): | LeBlanc v. Kalamazoo County Gov. |
| Disposition: | Pending |

| | |
|---|---|
| Docket or Case Number: | 15-6168 |
| Name of Court: | United States Supreme Court |
| Parties (Caption or Name of Case): | LeBlanc v. City of Kalamazoo |
| Disposition: | Pending |

| | |
|---|---|
| Docket or Case Number: | 15-5440 |
| Name of Court: | United States Supreme Court |
| Parties (Caption or Name of Case): | LeBlanc v. Dept of Corrections |
| Disposition: | Pending |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

Regarding investigation no. 2015-21651, 21647, 21648, 21649 on June 26, 2015 The Judicial Tenure recieved a request for a investigation regarding a illegal committment and imprisonment by Judge Julie K Phillips and Pamela L Lightvoet in case 2012-1201-FH, of a fraudulent felony case that led to a illegal imprisonment on 9-3-13 without ever making an Appearance in a city 8th district court that bound over a felony case to a circuit court without a probable cause hear and my Appearance and Appearance for the felony informational crime I am in prison for. The Judicial Tenure commission had determined that there is no basis for taking action, which is negligence per se and should of helped me.

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

Regarding investigations 2015-21651, 2015-21647, And 2015-21648, 2015-21649 had denied me equal protection of the laws, State 28 U.S.C. 1343 (A)(1)(2)(3) And Section 1985 of title 42.

Statute 28 U.S.C. § 1367 State law claims, Mich, const, Law, Art 1 § 11, And Mich, const, law Art 1 § 2

Statute 28 U.S.C. § 1331 And 1343

Statute 28 U.S.C. § 2201 And 2202

Statute 28 U.S.C. § 2283 + 2284, Rule 65

Federal Rule 10, Rule 43, And Rule 7(b)

6 M.L.P. 2d Civil Procedure § 182

negligence as a matter of law in conduct or omission in violation of a standard of care, imputed negligence, Authority: 1.38 AM Jist Negl § 158

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

Suing for $250,000.00 for negligence as a matter of law, Absolute liability, negligence per se

3

REMOVE COMMISSIONERS PAUL J. FISCHER, HON DAVID H. SAWYER, SERVE NOTICE UPON Judicial TENURE COMMISSION, AND FINE THE Judicial TENURE COMMISSION FOR Abuse of process, discrimination

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on __10-1-15__ (date).

_____
Signature of Plaintiff

4

Prisoner Name: JEFF LEBLANC
Prisoner Number: 333019
MACOMB CORRECTIONAL FACILITY
34625 26 Mile Rd.
New Haven, MI 48048
CARSON City Facility
10274 Boyer rd
CARSON City, MI 48811

Clerk of The Court
United States District Court
Eastern District of Michigan
231 LAFayette Blvd.
Detroit, MI 48226
official Business

RECEIVED
OCT 08 2015
CLERKS OFFICE
DETROIT

## CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| Case No. 15-13622 | Judge: Paul D. Borman | Magistrate Judge: Michael J. Hluchaniuk |

| Name of 1st Listed Plaintiff/Petitioner: | Name of 1st Listed Defendant/Respondent: |
|---|---|
| Jeffrey Leblanc | Judicial Tenure Commission |
| **Inmate Number:** 333019 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:** Carson City Correctional Facility  10522 Boyer Road  Carson City, MI 48811  MONTCALM COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes       ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes       ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____